UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JACQUELINE NELSON-BURKE,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | NO: 1:21-CV-00603-DAE |
| TK ELEVATOR CORPORATION<br>F.K.A. THYSSENKRUPP ELEVATOR<br>CORPORATION, AND WHITE<br>LODGING CORPORATION<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§ | |

## JOINT MOTION FOR CONTINUANCE

Pursuant to Federal Rule of Civil Procedure 29, Plaintiff Jacqueline Nelson-Burke ("Plaintiff") and Defendants TK Elevator Corporation f.k.a ThyssenKrupp Elevator Corporation ("TKE") and White Lodging Corporation ("WLC") (collectively, "Defendants") (Plaintiff and Defendants are collectively referred to as the "Parties"), file this Joint Motion for Continuance (the "Motion").

Specifically, this Motion requests that these deadlines be extended as follows:

| | |
|---|---|
| Report on alternative dispute resolution | October 31, 2022 |
| Motions to Amend or Supplement Pleadings | November 28, 2022 |
| Plaintiff's Designation of Experts | October 24, 2022 |
| Defendant's Designation of Experts | December 5, 2022 |
| Complete Discovery | January 23, 2023 |
| File Dispositive Motions | January 30, 2023 |

In support of this Motion, the Parties would respectfully show as follows:

## I.
## PROCEDURAL BACKGROUND

1. Plaintiff filed her Original Petition against Defendants in Travis

County, Texas. On July 6, 2021, TKE filed its Original Answer. On July 7, 2021, Defendants removed the matter to the United States District Court for the Western District of Texas, Austin Division (Dkt. Nos. 1–3).

2. On September 7, 2021, the Parties filed a Joint Federal Rule 26 Report (Dkt. No. 6) and Agreed Scheduling Order (Dkt. No. 7).

3. Thereafter, the Parties exchanged written discovery.

4. The Court entered a Scheduling Order governing this matter on February 18, 2022 (Dkt. No. 15), and the Parties exchanged written settlement communications.

5. New counsel for WLC filed a Notice of Appearance and Designation of Lead Counsel on March 3, 2022 (Dkt. No. 17).

6. Throughout all aspects of this litigation, the Parties have worked amicably together through the discovery process and trying to find mutually agreeable dates to schedule inspections and depositions. However, despite the Parties' good faith effort, the Parties have been unable to conduct necessary inspection and depositions because of scheduling conflicts between the Parties, their counsel, and the respective experts and other witnesses. As such, the Parties request an extension of the above-described deadlines set by Scheduling Order so that they may be permitted additional time to be able to conduct the necessary inspection and depositions, and meaningfully participate in discovery and mediation. This is the first continuance requested by the Parties.

## II.
## POINTS & AUTHORITIES

7. This Motion is being filed jointly by the Parties, and no party is opposed to the relief sought in this Motion. The Parties incorporate the above paragraphs as if fully set forth herein.

8. The Scheduling Order originally contained the following deadline relevant to this Motion:

| | |
|---|---|
| Plaintiff's Deadline to Designate Experts | April 4, 2022 |
| Defendants' Deadline to Designate Experts | May 16, 2022 |
| Deadline to Complete Discovery | August 12, 2022 |
| Dispositive Motion Filing Deadline | September 9, 2022 |

9. By way of this Motion, the Parties request that the following deadlines be extended as follows:

| | |
|---|---|
| Report on alternative dispute resolution | October 31, 2022 |
| Motions to Amend or Supplement Pleadings | November 28, 2022 |
| Plaintiff's Designation of Experts | October 24, 2022 |
| Defendant's Designation of Experts | December 5, 2022 |
| Complete Discovery | January 23, 2023 |
| File Dispositive Motions | January 30, 2023 |

10. As discussed above, the Parties have worked diligently and amicably to exchange information as ordered and are working diligently to obtain the necessary inspection and depositions as soon as practicable.

11. The Parties respectfully request an extension of the above deadlines in order to conduct additional discovery including taking the depositions of experts and fact witnesses in order to put this matter in the best possible position for a successful mediation or, if necessary, final trial. The Parties do not believe that the requested extension will affect any other deadlines in this matter, and trial has yet to be set by the Scheduling Order or otherwise.

## III.
## CONCLUSION

The Parties respectfully request that the above-mentioned deadlines are extended as requested, and for any such other and further relief to which they may be entitled, at law and in equity.

Respectfully submitted,

**MAYER LLP**

**Alan L. Rucker**
Texas Bar No. 00788330
arucker@mayerllp.com
**Travis Cox**
SBN 24096279
tcox@mayerllp.com
750 N. St. Paul Street
Suite 700
Dallas, Texas 75201
(p) 214-379-6900
(f) 214-379-6939
**ATTORNEYS FOR DEFENDANT TKE**

**AGREED TO:**

**THE CARLSON LAW FIRM, P.C.**

/s/ William G. Rossick (with permission)
William G. Rossick
Texas Bar No. 00789597
wrossick@carlsonattorneys.com
11606 North Interstate Highway 35
Austin, TX 78753
(512) 346-5688 - Phone
(512) 719-4362 – Fax
**ATTORNEY FOR PLAINTIFF**

**MAYER LLP**


Alan L. Rucker
Texas Bar No. 00788330
arucker@mayerllp.com
Travis Cox
Texas Bar No. 24096279
tcox@mayerlllp.com
750 N. St. Paul Street, Suite 700
Dallas, Texas 75201
(214) 379-6900 Telephone
(214) 379- 6939 Facsimile
**ATTORNEYS FOR DEFENDANT TKE**

**THOMPSON COE COUSINS & IRONS, LLP**

*/s/Darrell S. Cockcroft (w/permission)*
Darrell S. Cockcroft
Texas State Bar No. 24007015
dcockcroft@thompsoncoe.com
Alexandria N. Gonzalez
Texas State Bar No. 24117469
angonzalez@thompsoncoe.com
701 Brazos, Suite 1500
Austin, Texas 78701
Telephone: (512) 708-8200
Fax: (512) 708-8777
**ATTORNEYS FOR DEFENDANT WLC**

## CERTIFICATE OF SERVICE

      I hereby certify that on March 17, 2022, a true and correct copy of this motion was served upon all known counsel of record, as listed below:

| | |
|---|---|
| **VIA ECF E-FILNG** <br> William G. Rossick <br> wrossick@carlsonattorneys.com <br> THE CARLSON LAW FIRM, P.C. <br> 11606 North Interstate Highway 35 <br> Austin, TX 78753 <br> **ATTORNEY FOR PLAINTIFF** | **VIA ECF E-FILING** <br> Darrell S. Cockcroft <br> Texas State Bar No. 24007015 <br> dcockcroft@thompsoncoe.com <br> Alexandria N. Gonzalez <br> Texas State Bar No. 24117469 <br> angonzalez@thompsoncoe.com <br> THOMPSON COE COUSINS & IRONS, LLP <br> 700 N. Pearl Street, 25th Floor <br> Dallas, Texas 75201 <br> **ATTORNEYS FOR DEFENDANT** <br> **WHITE LODGING CORPORATION** |



Alan L. Rucker